## CAMMONS v. CAMMONS.

HILL, J. On conflicting evidence the trial judge did not abuse his discretion in granting temporary alimony of $15 per month, and $25 attorney's fees. Judgment affirmed. All the Justices concur.

No. 3893. MARCH 12, 1924.

Divorce and alimony. Before Judge Roop. Heard superior court. June 30, 1923.

Smith & Taylor, for plaintiff.

M. U. Mooty, for defendant.